**The Honorable Benjamin H. Settle**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>POINT RUSTON, LLC.,<br><br>    Defendant/Judgment Debtor,<br><br>  and<br><br>BANK OF AMERICA, N.A.,<br><br>        Garnishee. | NO. 3:21-MC-05007-BHS<br><br>(3:91-cv-05528RJB)<br><br>**Order Terminating Garnishment Proceeding** |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that Bank of America, N.A. is relieved of further responsibility pursuant to this garnishment.

//

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Point Ruston, LLC and Bank of America, N.A.* USDC#: 3:21-MC-05007-BHS/(3:91-CV-05528RJB)1

1  DATED this 19th day of April, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ Kyle A. Forsyth
_____
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Point Ruston, LLC and Bank of America, N.A.* USDC#: 3:21-MC-05007-BHS/(3:91-CV-05528RJB)2